IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT JAMES WRIGHT,

    Petitioner,

vs.                                            CASE NO. 5:08cv180/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 21) and Petitioner's Objection To The Magistrate Report and Recommendation (Doc. 24). I have considered Petitioner's objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc.1), which challenges the conviction and sentence in *State of Florida v. Robert James Wright* in the Circuit Court of Gulf County, Florida, Case Numbers 02-145, is dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on April 20, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**